

1201 N. Market Street | Suite 800 | Wilmington, DE 19801
blankrome.com

*Phone:* 302.425.6479
*Fax:* 302.425.6464
*Email:* Stanley.tarr@blankrome.com

November 18, 2021

Hon. Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

Re: **Bankruptcy Appeal Case No. 1:21-cv-01589-RGA, Robert Montreal v. Eric D. Green, in his capacity as Trustee of Takata Airbag Tort Compensation Trust Fund.**

Your Honor,

We write as counsel for and on behalf of Eric D. Green in his capacity as trustee (the "Trustee") of the PSAN PI/WD Trust *d/b/a* the Takata Airbag Tort Compensation Trust Fund (the "TATCTF") in the chapter 11 cases of TK Holdings, Inc., and its affiliated debtors in connection with the above-captioned bankruptcy appeal (the "Appeal").

Appellant has attempted to appeal the entry of an October 21, 2020 bankruptcy court order granting the Trustee's motion to expunge and disallow Appellant's claim (among others) seeking compensation from the TATCTF. The Appeal docket reflects that Appellant has failed to pay fees or file an IFP in connection with the Appeal. Furthermore, this Court has ordered Appellant to submit an IFP long form application or to pay the requisite filing fee within 21 days, i.e., by December 8, 2021 (the "Notice of Compliance Deadline"). Absent compliance, the Appeal is subject to dismissal. As a result, and in the interests of judicial economy and conservation of resources, the Trustee respectfully requests that this Court stay any deadlines imposed on the Trustee pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure ("FRBP") until 14 days after the Notice of Compliance Deadline has passed.

We are available for any questions at Your Honor's convenience.



November 18, 2021
Page 2

Yours truly,

Stanley B. Tarr

CC: Robert Montreal (via email)
 D. Cameron Moxley, Esq. (via email)
 Gerard T. Cicero, Esq. (via email)