# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TK Holdings Inc., *et al.*, | : | Bankruptcy Case No. 17-11375-BLS |
| | : | |
| Debtors | : | |
| _____ | : | |
| | : | |
| ROBERT MONTREAL | : | |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | C.A. No. 21-1589-RGA |
| | : | Bankr. BAP No. 21-76 |
| ERIC D. GREEN, TRUSTEE | : | |
| | : | |
| Appellee | : | |
| | : | |
| _____ | : | |

## RECOMMENDATION

At Wilmington this **18th** day of **January, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel,[1] and a joint teleconference to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

---

[1] Written information provided by counsel for the Appellee was not made part of the court record because it relates to mediation.

Prior to the teleconference, counsel for Appellee-Trustee advised by email that that, for various reasons[2], his client did not want to mediate this matter and requested that it be removed from mandatory mediation. Because the Appellant was pro se, I scheduled a teleconference with occurred on January 13, 2022 to discuss the appeal process. I informed the Appellant that removal from the mandatory mediation process was not an automatic dismissal of his appeal. During this conversation, Appellant advised that he wishes to proceed with his appeal. I further suggested that he should review this Recommendation before he decides whether to forego any objections to it pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

IT IS FURTHER RECOMMENDED THAT Appellant be allowed until **February 7, 2022** to raise any objections to it. In addition to docketing this Recommendation, a copy of it shall also be mailed to Appellant, who resides in California.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge

---

[2] One of the bases was that Appellant's notice of appeal appears to be untimely since more than one (1) year after entry of the order being appealed has passed.